UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 10-52892-659 |
| GEORGE A MCCALL ) | |
| ) | Chapter 13 |
| ) | |
| ) | |
| **Debtor** ) | |

NOTICE OF LACK OF FEASIBILITY OF THE CHAPTER 13 PLAN

    PLEASE TAKE NOTICE that John V. LaBarge, Jr., Standing Chapter 13 Trustee, has reviewed the case herein and has done a feasibility calculation. The plan appears to lack feasibility because it will not pay in full all creditors entitled to full repayment or it will not pay a meaningful amount to unsecured creditors. If the plan completes as is, the Trustee will raise an objection to discharge and the debtor may not receive a discharge of otherwise dischargeable debts.

Dated: 10/7/2014        /s/ John V. LaBarge, Jr.

NTCFEAS--LQ

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

    The undersigned hereby certifies that he served the above notice on this day of October 07, 2014, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

      /s/ John V. LaBarge, Jr.

GEORGE A MCCALL
6118 FEE FEE RD
HAZELWOOD, MO  63042

LLOYD M NOLAN
225 S MERAMEC
STE 512
CLAYTON, MO  63105